UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EPIC SHEET METAL, INC.,

         Plaintiff,

  v.

THE BOARD OF TRUSTEES OF SHEET
METAL WORKERS' PENSION PLAN OF
SOUTHERN CALIFORNIA, ARIZONA
AND NEVADA and DOES 1 through 20,

       Defendants.

No. 5:20-cv-00897-JAK (SPx)

**ORDER RE STIPULATION OF
DISMISSAL WITH PREJUDICE
(DKT. 20)**

Based on a review of the Stipulation of Dismissal with Prejudice (the "Stipulation" (Dkt. 20)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is hereby dismissed with prejudice as to all claims, causes of action, and parties. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: May 10, 2021

_____
John A. Kronstadt
United States District Judge